```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ALGOOD CASTERS LIMITED,                                           :
:
:
               Plaintiff,                                    :
:      20-cv-4623 (LJL)
    -v-                                                          :
:      ORDER
CASTER CONCEPTS, INC.,                                            :
:
               Defendant.                                    :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As discussed at the conference held today, each party shall file responsive papers to the opposing side's pending motion (Dkt. No. 10, the motion for preliminary injunction and Dkt. No. 14, the motion to transfer) no later than 5:00 p.m. on August 27, 2020. Reply papers shall be filed no later than 5:00 p.m. on August 31, 2020.

      The parties shall appear for a telephonic hearing on September 3, 2020 at 4:30 p.m. The parties are directed to call (888) 251-2909 and use access code 2123101. At that time, the Court will address the motion for preliminary injunction and the motion to transfer.

      SO ORDERED.

Dated: August 19, 2020
       New York, New York
                                                  LEWIS J. LIMAN
                                         United States District Judge