```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ALGOOD CASTERS LIMITED,                                            :
:
                        Plaintiff,                                 :
:                           20-cv-4623 (LJL)
        -v-                                                        :
:                              ORDER
CASTER CONCEPTS, INC.,                                             :
:
                        Defendant.                                 :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

  The Court held a scheduled initial pre-trial conference in this case today, September 15, 2020, at 10:00 a.m.  Plaintiff failed to appear.  The conference is rescheduled for next Tuesday, September 22, 2020 at 10:00 a.m.  If Plaintiff fails to appear again, the case will be dismissed for failure to prosecute.

  SO ORDERED.

Dated: September 15, 2020
   New York, New York
                     LEWIS J. LIMAN
                   United States District Judge