UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALGOOD CASTERS LIMITED,<br><br>　　　　　　Plaintiff,<br><br>-v-<br><br>CASTER CONCEPTS, INC.,<br><br>　　　　　　Defendant. | CIVIL ACTION NO.: 20 Civ. 4623 (LJL) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

On May 7, 2021, the Court scheduled a settlement conference with the parties on May 17, 2021 at 2:00 pm. (ECF No. 46). Plaintiff failed to appear at the settlement conference and emailed the Court's chambers last night, stating that the parties had reached a settlement.

By **Friday, May 28, 2021**, the parties shall file a stipulation of dismissal for review and endorsement by the Honorable Lewis J. Liman, United States District Judge.

Dated:　　　New York, New York
　　　　　　May 18, 2021

　　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge